PETER STIRBA (Bar No. 3118)
J. MICHAEL HANSEN (Bar No. 1339)
NATHAN A. CRANE (Bar No. 10165)
JEFFREY D. MANN (Bar No. 13795)
**STIRBA, P.C.**
215 South State Street, Suite 750
P.O. Box 810
Salt Lake City, Utah 84110-0810
Telephone: (801) 364-8300
Facsimile: (801) 364-8355
E-mail: ncrane@stirba.com

*Attorneys for Jeremy David Johnson*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY DAVID JOHNSON<br><br>Defendant. | **ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:11-cr-501-DN-PMW<br><br>District Judge David Nuffer<br>Magistrate Judge Paul M. Warner |

Based upon the motion filed by Peter Stirba, Michael Hansen, Nathan Crane, and Jeffrey Mann ("Counsel") and for good cause showing:

IT IS HEREBY ORDERED that Counsel is allowed to withdraw as attorneys of record for Jeremy Johnson.

Unless a Notice of Substitution of Counsel has been filed, within twenty-one (21) days after entry of this order, or within the time otherwise required by the Court, the unrepresented

party shall filed a notice of appearance unless counsel has been appointed by the Court. No corporation, association, partnership, limited liability company or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this Court. If the party fails to file such Notice of Substitution of Counsel or Notice of Appearance may be subject to sanction.

DATED this 1st day of February, 2013.

BY THE COURT

_____
THE HONORABLE JUDGE PAUL M. WARNER
UNITED STATES MAGISTRATE JUDGE